UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

UNITED STATES OF AMERICA,

-v-

BENJAMIN TAYLOR,

Defendant.

---------------------------------------X

S7 18cr184-1 (DLC)

ORDER

DENISE COTE, District Judge:

On July 2, 2026, the victim Moelis filed an application seeking $352,918.34 in restitution for legal fees in incurred connection with the investigation and prosecution of this case by the U.S. Attorney's Office and the SEC. Accordingly, it is hereby

ORDERED that the parties shall file any objections to this application by July 24, 2026. In the same filing, the parties shall inform the Court if they believe the previously-scheduled July 31 conference will be needed.

Dated: New York, New York
July 8, 2026

DENISE COTE
United States District Judge