UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

BENJAMIN TAYLOR,

Defendant.

S7 18cr184-1 (DLC)

ORDER

DENISE COTE, District Judge:

Having determined the amount of restitution in this case, it is hereby

ORDERED that the conference scheduled for July 31, 2026 is cancelled.

Dated: New York, New York
July 27, 2026

DENISE COTE
United States District Judge